**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 2, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-14-00735-CR

---

### RONNIE WILLIAM COOK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1363202**

---

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in this case, signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Busby.

Do Not Publish — TEX. R. APP. P. 47.2(b)